**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR RAYMOND GRANDE,<br><br>        Petitioner,<br><br>    vs.<br><br>M.D. BITER, WARDEN,<br><br>        Respondent. | CASE NO. ED CV 12-01419 AG (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of VICTOR RAMOND GRANDE, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 28, 2012

*[signature]*

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE